USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILY HERNANDEZ,

            Plaintiff,

-v.-

GEOLOGIE,

            Defendant.

23 Civ. 10155 (JHR)

ORDER TO SHOW CAUSE

JENNIFER H. REARDEN, District Judge:

      On November 18, 2023, Plaintiff Emily Hernandez filed the Complaint in this case. *See* ECF No. 1. Pursuant to Rule 4(c) of the Federal Rules of Civil Procedure, a "plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m)." Fed. R. Civ. P. 4(c)(1). Rule 4(m) requires that service be effected "within 90 days after the complaint is filed." Fed. R. Civ. P. 4(m). The docket does not reflect that service was effected on Defendant Geologie. Accordingly, it is hereby ORDERED that Plaintiff file a letter explaining why she has failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure—or, if Plaintiff believes that Defendant has been served, when and in what manner such service was made.

      If Plaintiff fails to file a letter by **Wednesday, February 28, 2024** showing good cause why such service was not made within the 90 days, **the Court may dismiss the case without further notice**.

      Plaintiff is directed to (1) notify Defendant's attorneys in this action by serving upon each of them a copy of this Order, and (2) file proof of such notice with the Court within **one week of the date of this Order**. If unaware of the identity of counsel for Defendant, counsel receiving this Order must forthwith send a copy of the Order to that party personally.

SO ORDERED.

Dated: February 20, 2024
      New York, New York

_____
JENNIFER H. REARDEN
United States District Judge